UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff<br><br>v.<br><br>LUIS MANUEL ALICEA NEGRON a/k/a<br>LUIS M. ALICEA NEGRON a/k/a LUIS<br>ALICEA NEGRON, MARIBEL BERMUDEZ<br>RIVERA, and the conjugal<br>partnership constituted by both<br>    Defendants | CIVIL NO. 04-1413(JAF)<br><br>FORECLOSURE OF MORTGAGE |

## ORDER

WHEREAS the amount owed to plaintiff related to the sale the real property at Barrio Cedro Arriba, Naranjito, Puerto Rico, is the principal sum of $54,923.11 plus interest accrued as to June 9, 2005, in the amount of $37,178.84, plus subsidy recapture in the sum of $16,694.00 plus legal fees in the amount of $1,027.23, for a total of $109,823.18.

WHEREAS the auctioned property was sold for $66,100.00, and deducting the United States Marshal Service fees was the amount of $1,077.98, the remaining balance of $65,022.02 shall be disbursed to the United States Department of Justice.

THEREFORE, the Clerk of the U.S. District Court shall issue a check for $65,022.02 to the order of the U.S. Department of Justice.

In San Juan, Puerto Rico, this 27th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE